# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ludwig, Brett H. | U.S. Bankruptcy Court, Eastern District of Wisconsin | 1/24/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☑ Initial  ☐ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>04/28/2017 |

**7. Chambers or Office Address**

United States Courthouse
517 East Wisconsin Ave
Milwaukee, WI 53202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner (withdrew effective 2/15/17) | Foley & Lardner LLP |
| 2. Director (resigned effective 2/1/17) | Mequon Thiensville Education Foundation |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 02/06/17 | Withdrawal Agreement with Foley & Lardner LLP that confirms exact amounts to be paid post withdrawal. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 1/24/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 3/2017 | Foley & Lardner -- law partnership distributions (gross) | $630,000.00 |
| 2. 1/2017 | Marquette University Law School -- adjunct professor appointment | $4,600.00 |
| 3. 3/2016 | Foley & Lardner -- law partnership distributions (gross) | $518,160.00 |
| 4. 3/2015 | Foley & Lardner -- law partner distributions (gross) | $494,088.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015-17 | Marquette University Law School -- adjunct professor |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | EXEMPT | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 1/24/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | EXEMPT | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 1/24/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BMO Harris Cash Accounts | A | Interest | N | T | Exempt | | | | |
| 2. Northwestern Mutual Whole Life I | B | Dividend | L | U | | | | | |
| 3. Northwestern Mutual Whole Life II | B | Dividend | K | U | | | | | |
| 4. Edvest 529 Account - Balanced Portfolio - | D | Int./Div. | L | T | | | | | |
| 5. American Funds 529 Account - College 2021 Fund | B | Dividend | M | T | | | | | |
| 6. Northwestern Mutual Adjustable CompLife | A | Dividend | J | U | | | | | |
| 7. 401K/Defined Contribution Plan (H) | | | | | | | | | |
| 8. Fidelity Contrafund | C | Dividend | M | T | | | | | |
| 9. Harbor Capital Appreciation Instl | D | Dividend | M | T | | | | | |
| 10. Vanguard Value Index I | B | Dividend | M | T | | | | | |
| 11. Franklin Small Cap Growth R6 | | None | K | T | | | | | |
| 12. Aberdeen Emerging Markets Instl | A | Dividend | L | T | | | | | |
| 13. AllianzGI Intn'l Small-Cap Instl | A | Dividend | L | T | | | | | |
| 14. Artisan Int'l Instl | A | Dividend | L | T | | | | | |
| 15. DFA Int'l Instl | B | Dividend | K | T | | | | | |
| 16. Dodge & Cox Int'l Stock | B | Dividend | L | T | | | | | |
| 17. Nuveen Real Estate Securities I | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 1/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppenheimer Steelpath MLP Select 40 | C | Dividend | K | T | | | | | |
| 19. PIMCO Commodity Real Ret Strat Instl | A | Dividend | K | T | | | | | |
| 20. RPC fund | | None | M | T | | | | | |
| 21. Baird Aggregate Bond Inst | C | Dividend | L | T | | | | | |
| 22. PIMCO Foreign Bond (USD-Hedged) | A | Interest | L | T | | | | | |
| 23. PIMCO High Yield Instl | C | Interest | L | T | | | | | |
| 24. Vanguard Inflation-Protected Secs I | B | Dividend | L | T | | | | | |
| 25. NMIS Brokerage Account 1 (H) | | | | | | | | | |
| 26. American Funds Europacific Growth Fund | A | Dividend | L | T | | | | | |
| 27. Dreyfus General Money Market Fund Class B | | None | J | T | | | | | |
| 28. American Funds Smallcap World Fund | A | Dividend | M | T | | | | | |
| 29. American Funds The Growth Fund of America | A | Dividend | M | T | | | | | |
| 30. American Funds Washington Mutual Investors Fund | C | Dividend | M | T | | | | | |
| 31. NMFN Variable Life (H) | | | | | | | | | |
| 32. MSA/The Boston Company Growth Stock | A | Dividend | K | T | | | | | |
| 33. MSA Index 400 Stock | A | Dividend | K | T | | | | | |
| 34. MSA Index 500 Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 1/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MSA/Franklin Templeton Int'l Equity | A | Dividend | K | T | | | | | |
| 36. MSA/Wellington Mgmt Small Cap Growth | A | Dividend | K | T | | | | | |
| 37. IRA 1 (H) | | | | | | | | | |
| 38. American Funds Europacific Growth Fund | A | Dividend | J | T | | | | | |
| 39. Northwestern Mutual Money Market Account | | None | J | T | | | | | |
| 40. American Funds New Perspective Fund | A | Dividend | J | T | | | | | |
| 41. American Funds Smallcap World Fund | A | Dividend | J | T | | | | | |
| 42. American Funds The Bond Fund of America | A | Dividend | J | T | | | | | |
| 43. American Funds The Growth Fund of America | A | Dividend | J | T | | | | | |
| 44. American Funds Washington Mutual Investors Fund | A | Dividend | J | T | | | | | |
| 45. NML Employee Savings Plan (H) | | | | | | | | | |
| 46. Loomis Sayles Small Cap Growth Fund | A | Int./Div. | J | T | | | | | |
| 47. Northwestern Mutual Annual Fixed Rate Fund | E | Dividend | N | T | | | | | |
| 48. T Rowe Price Real Estate Fund | A | Dividend | K | T | | | | | |
| 49. Vanguard Target Retirement 2035 Trust II | A | Int./Div. | K | T | | | | | |
| 50. Vanguard Mid-Cap Index Fund | A | Dividend | K | T | | | | | |
| 51. Vanguard Total Bond Market Index Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 1/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Total Int'l Stock Index Fund | A | Dividend | J | T | | | | | |
| 53. Vanguard Total Stock Market Index Fund | A | Dividend | K | T | | | | | |
| 54. NMIS Brokerage Account 2 (H) | | | | | | | | | |
| 55. American Funds Europacific Growth Fund | A | Dividend | J | T | | | | | |
| 56. Dreyfus Money Market Fund | A | Interest | J | T | | | | | |
| 57. American Funds New Perspective Fund | A | Dividend | M | T | | | | | |
| 58. American Funds Smallcap World fund | A | Dividend | M | T | | | | | |
| 59. American Funds The Growth Fund of America | A | Dividend | M | T | | | | | |
| 60. American Funds The Tax-Exempt Bond Fund of America | D | Interest | N | T | | | | | |
| 61. IRA 2 (H) | | | | | | | | | |
| 62. American Funds Europacific Growth Fund | A | Dividend | J | T | | | | | |
| 63. Northwestern Mutual Money Market Account | | None | J | T | | | | | |
| 64. American Funds New Perspective Fund | A | Dividend | J | T | | | | | |
| 65. American Funds Smallcap World Fund | A | Dividend | J | T | | | | | |
| 66. American Funds The Bond Fund of America | A | Dividend | J | T | | | | | |
| 67. American Funds The Growth Fund of America | A | Dividend | J | T | | | | | |
| 68. Vanguard 500 Index | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 1/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Life Strategy Growth Portfolio | A | Dividend | J | T | | | | | |
| 70. Vanguard US Growth Fund | A | Dividend | J | T | | | | | |
| 71. American Funds Washington Mutual Investors Fund | A | Dividend | J | T | | | | | |
| 72. Foley & Lardner LLP Cash Balance Plan | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 1/24/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trusts

Row 4 lists a 529 Account with Edvest  Edvest does not report interest or dividends.  Based on a telephone inquiry, Edvest reported interest/divident income of ████████ and it is that telephone report that forms the basis for the information in Columns B(1) and (2).

Rows 31-36 relate to a Northwestern Mutual Financial Network Variable Life Insurance Policy.  The company reports a small total for dividends for the policy of ████████ during the reporting period.  The company does not break this number out by underling funds invested in through the policy.  After multiple calls and emails, my investment adviser informs me that it does not have subaccount-specific divident/interest data to provide me.  Accordingly, to complete Columns B(1) and (2) on the Financial Disclosure form, I have allocated the total dividend pro rata across the underlying investments within the policy.

This amendment adds the Foley & Lardner LLP Cash Balance Plan in Row 72.  This asset was inadvertantly omitted from the initial report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brett H. Ludwig**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544